```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7/24/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JORDAN KROLICK, *individually*, and
TOUND & DROWTH, LLC, *a Georgia Limited Liability Company*,

                      Plaintiffs,

      v.

ALEX SLOANE and MATTHEW PERELMAN,

                      Defendants.

No. 17-CV-881 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

Oral argument on Defendants' pending motion to dismiss will take place on August 1, 2019, at 2:00 p.m., in Courtroom 1506 of the U.S. District Court for the Southern District of New York, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:    July 24, 2019
            New York, New York

                                                Ronnie Abrams
                                                United States District Judge